UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS JAMES KOUBAITARY,

    Plaintiff,                                                      Case No. 1:07-cv-169

v                                                                              HON. JANET T. NEFF

PARKER SYSTEMS HYDRAULIC
DIVISION,

    Defendant.
_____/

## JUDGMENT

    Plaintiff, proceeding pro se, filed this employment discrimination action under Title VII of the Civil Rights Act of 1964 and the Americans With Disabilities Act. The case was referred to a Magistrate Judge. On February 15, 2008, defendant filed a Motion for Summary Judgment, and plaintiff filed a response to the motion. The Magistrate Judge issued a Report and Recommendation on June 27, 2008, recommending that this Court grant defendants' motion and enter summary judgment in favor of defendant and against plaintiff on all claims in plaintiff's amended complaint.

    The matter is presently before the Court on plaintiff's objections to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made. Plaintiff's objections do not reveal any error by the Magistrate Judge in his factual or legal analysis. The Court therefore denies the objections.

    **THEREFORE, IT IS ORDERED** that the objections (Dkt 37) are DENIED and the Report and Recommendation (Dkt 36) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 28) is GRANTED and Judgment is entered in favor of defendant and against plaintiff on all claims in plaintiff's amended complaint.


Date: July 11, 2008 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge